IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANNA SUE TOPE, Defendant. | CR 14–08–M–DLC ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 20, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Anna Sue Tope's guilty plea

1

after Tope appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of health care fraud in violation of 18 U.S.C. § 1347 (Count I), and one count of filing a false tax return in violation of 26 U.S.C. § 7206(1) (Count II), as set forth in the Indictment. Defendant further admits to the forfeiture allegations set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts III through VI of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 28), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Anna Sue Tope's motion to change plea (Doc. 21) is GRANTED and Anna Sue Tope is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 22nd day of September, 2014.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court