

FILED

JUN 11 2015

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANNA SUE TOPE, <br><br> Defendant. | CR 14–08–M–DLC <br><br> ORDER |

This matter comes before the Court on the Government's Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18. U.S.C. § 982(a)(7);

2. A Preliminary Order of Forfeiture was entered on October 10, 2014 (Doc. 32);

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 982(a)(7);

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The government's unopposed motion for Final Order of Forfeiture (Doc. 50) is GRANTED.

2. Judgment of forfeiture of the following real property, situated in Lincoln County, State of Montana, shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(7), free from the claims of any other party:

   - $24,180 of equity in real property located at 501 1st Avenue West, Eureka, Montana 59917, legally described as Eureka 2nd Addition, Lots 1 & 2, Block 27, Section 14, Township 36 North, Range 27 West, P.M.M., Lincoln County, Montana.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of June, 2015.

Dana L. Christensen, Chief Judge
United States District Court